FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT A. WRIGHT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2018 CV 2298 |
| -vs- | ) |
| | ) Judge: Charles P. Kocoras |
| SONY M. ISAAC, individually and as | ) |
| An Agent of C.R. ENGLAND, INC., a | ) Magistrate Judge: Sydney I. Schenkier |
| Foreign Corporation, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to the above entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to any party, all matters in controversy having been fully settled, compromised and adjourned.

_____
Nick Drury
Attorney for Plaintiff
Ankin Law Offices
10 North Dearborn Street, Suite 500
Chicago, Illinois 60602

_____
Robert M. Burke
Attorney for Defendant
Johnson & Bell, Ltd.
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603

Date: 11/7/18

Date: 11/7/2018