IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ROBERT A. WRIGHT**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2018 CV 2298 |
| -vs- | ) |
| | ) Judge: Charles P. Kocoras |
| **SONY M. ISAAC**, individually and as | ) |
| An Agent of **C.R. ENGLAND, INC.**, a | ) Magistrate Judge: Sydney Schenkier |
| Foreign Corporation, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO: Nick Drury
Ankin Law Offices
10 North Dearborn Street, Suite 500
Chicago, Illinois 60602

Please take notice that on **November 15, 2018**, at **9:30 a.m.**, I shall appear before **the Honorable Charles P. Kocoras** in **Courtroom 2325** of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois, and then and there present the Parties, **Motion to Dismiss**, a copy of which will be, or has been, served upon you electronically through the Court's CM/ECF system.

| | |
|---|---|
| ATTY.: Robert M. Burke | ARDC: 6187403 |
| FIRM: JOHNSON & BELL, LTD. | ATTY. FOR: Defendant |
| ADDRESS: 33 West Monroe Street | CITY: Chicago, IL 60603 |
| PHONE: (312) 372-0770 | E-MAIL: burker@jbltd.com |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, I electronically filed the foregoing **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system and that a copy of said motion was on the same date to be served upon all counsel of record by the same CM/ECF system.

/s/ Robert M. Burke